IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01602-BNB

GILBERT CORTEZ WRIGHT,

Plaintiff,

v.

MICHAEL CHERTOFF, Secretary, Department of Homeland Security,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 25 2008

GREGORY C. LANGHAM
                    CLERK

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. See D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this 22nd day of August, 2008.

BY THE COURT:

s/Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01602-BNB

Gilbert Cortez Wright
157 Cutter Circle
Bluffton, SC 29909

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 8/25/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk