FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 0 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01602-WYD-MJW

GILBERT CORTEZ WRIGHT,

    Plaintiff,

v.

MICHAEL CHERTOFF, Secretary, Department of Homeland Security,

    Defendant.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed in forma pauperis. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

    Dated: September 5, 2008.

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              WILEY Y. DANIEL,
                              UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01602-WYD-MJW

Gilbert C. Wright
157 Cutter Cir
Bluffion, SC 29909

Department of Homeland Security - **CERTIFIED**
Michael Chertoff, Secretary
Washington, D.C. 20528

United States Attorney General - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

 I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Michael Chertoff, Department of Homeland Security; to The United States Attorney General; and to the Unites States Attorney's Office: AMENDED COMPLAINT FILED 08/13/08, SUMMONS, AND NOTICE OF AVAILABILITY OF A U.S. MAGISTRATE JUDGE CONSENT FORM on  9/10/08  .

          GREGORY C. LANGHAM, CLERK

          By: _____
            Deputy Clerk