IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-01602-WYD-MJW

GILBERT CORTEZ WRIGHT,

Plaintiff(s),

v.

MICHAEL CHERTOFF,

Defendant(s).

MINUTE ORDER

Entered by United States Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Pro Se Plaintiff's Motion for Clarification (docket no. 21) is GRANTED. The Pro Se Plaintiff shall contact counsel from the United States Attorney's Office in Denver, Colorado, forthwith at (303) 454-0100 and speak with the Assistant United States Attorney ("AUSA") who has been assigned to represent the Defendant Michael Chertoff, Secretary for the Department of Homeland Security, in this case. The Pro Se Plaintiff shall meet and confer with the AUSA and the parties shall file their proposed Rule 16 Scheduling Order with the court five(5) days prior to the Rule 16 Scheduling Conference which is currently set for November 3, 2008, at 3:00 p.m. in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Each party shall also file with Magistrate Judge Watanabe's chambers only their initial confidential settlement statement five (5) days prior to the Rule 16 Scheduling Conference.

Date: October 7, 2008