IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-01602-WYD-MJW

GILBERT CORTEZ WRIGHT,

Plaintiff(s),

v.

MICHAEL CHERTOFF,

Defendant(s).

MINUTE ORDER

Entered by United States Magistrate Judge Michael J. Watanabe

It is hereby ORDERED Motion to Amend Minute Order, DN 24, 2008, filed with the Court on October 9, 2008, is GRANTED. The Pro Se Plaintiff, Mr. Wright, shall contact the court by calling (303) 844-2403, on November 3, 2008, at 3:00 p.m. to participate telephonically at the scheduling conference.

Date: October 10, 2008