IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01602-WYD-MJW

GILBERT CORTEZ WRIGHT,

Plaintiff,

v.

MICHAEL CHERTOFF,

Defendant.

## MINUTE ORDER

Entered by United States Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that plaintiff's Motion for Clarification (Docket No. 33) is granted. Prior to and at the time of the Rule 16 Conference, Judge Watanabe had not been advised that plaintiff had been approved to use ECF. Following that conference, Judge Watanabe's chambers ascertained and verified that plaintiff had, in fact, been so approved by the Chief Judge. Plaintiff is thus allowed to use ECF rather than First Class mail to file pleadings, motions, and other documents in this case and will be receiving notice of filings via ECF rather than through the Postal Service.

Date: November 12, 2008