IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01602-WYD-MJW

GILBERT CORTEZ WRIGHT,

Plaintiff,

v.

MICHAEL CHERTOFF,

Defendant.

## MINUTE ORDER

Entered by United States Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Joint Motion for Entry of Stipulated Protective Order (docket no. 41) is GRANTED finding good cause shown. The written Stipulated Protective Order (docket no. 41-2) is APPROVED and made an Order of Court.

Date: February 09, 2009