IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-01602-WYD-MJW

GILBERT CORTEZ WRIGHT,

    Plaintiff,

v.

MICHAEL CHERTOFF, Secretary, Department of Homeland Security,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulation of Dismissal with Prejudice (filed December 3, 2009).  After a careful review of the Stipulation and the file, I conclude that the Stipulation should be approved.  Accordingly, it is

ORDERED that the Stipulation of Dismissal with Prejudice is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**.  The jury trial set to commence January 25, 2010 and the Final Trial Preparation Conference set January 12, 2010 at 4:00 p.m. are **VACATED**.

    Dated:  December 3, 2009

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Chief United States District Judge